**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELOISE BACKER, et al., | CIVIL ACTION NO. 3:16-cv-01847 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| POCONO TRANQUIL GARDENS, LLC et al, | |
| Defendants. | |

**ORDER**

    **NOW**, this 13th day of September, 2016, **IT IS HEREBY ORDERED** that Plaintiffs are given twenty-one (21) days from the date of this order to file an amended complaint properly alleging diversity jurisdiction. If Plaintiffs fail to do so, the action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge