**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ELOISE BACKER, *et al.*,

    Plaintiffs,

        v.

POCONO TRANQUIL GARDENS, LLC, *et al.*,

    Defendants.

NO. 3:16-CV-01847

(JUDGE CAPUTO)

## ORDER

**NOW**, this 2nd day of August, 2017, **IT IS HEREBY ORDERED** that Defendant Pocono Tranquil Gardens, LLC's Motion to Dismiss "Count II, Gross Negligence, for Failure to State a Claim and to Strike Plaintiffs' Request for Punitive Damages and Allegations of Gross Negligence and Wantonness" (Doc. 20, § A), Motion to Strike Plaintiffs' Request for Attorney's Fees (Doc. 20, § B), and Motion for a More Definite Statement (Doc. 20, at § C) are **DENIED**.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge